# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| EISSMANN AUTOMOTIVE NORTH AMERICA, INC., | ) ) ) ) |
| Defendant. | ) |

CIVIL ACTION NO. _____

## COMPLAINT

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000, *et seq.* ("Title VII"), for an order directing Defendant Eissmann Automotive North America, Inc. ("Defendant") to prepare, execute, and file accurate and complete Employer Information Report EEO-1s ("EEO-1 reports") as required by Section 709(c) of Title VII, 42 U.S.C. § 2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§ 1602.7 – 1602.14, for each calendar year for which Defendant is in violation of its reporting obligations. The U.S. Equal Employment Opportunity Commission ("Commission") alleges that in prior reporting years, including calendar years 2021 and 2022, Defendant failed and refused to fully comply with its obligation to file such reports, in violation of said statute and regulations.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, and 1345. This action is authorized and instituted pursuant to 42 U.S.C. § 2000e-8(c) and regulations issued thereunder.

2. Venue in this Court is proper as Defendants are found, reside, or transact business within the jurisdiction of the United States District Court for the Northern District of Alabama.

## PARTIES

3. Plaintiff, the Commission, is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action pursuant to 42 U.S.C. § 2000e-8(c) and regulations issued thereunder, 29 C.F.R. § 1602.9.

4. At all relevant times, Defendant could be found, resides, or transacts business within the State of Alabama and the city of Pell City, County of St. Clair, and has continuously had at least 100 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g), and (h) of Title VII, 42 U.S.C. § 2000e(b), (g), and (h).

8. At all relevant times, Defendant has been the parent corporation of subsidiaries for which establishment level EEO-1 reports were and are required, including Eissmann Automotive Pell City, LLC and Eissmann Automotive Detroit Development, LLC.

## STATEMENT OF CLAIMS

11. In 2021, Defendant had 100 or more employees.

12. Defendant was under a duty to file an EEO-1 report for 2021.

13.	The Commission attempted to notify Defendant of its non-compliance and failure to file its required EEO-1 report for 2021.

14.	Defendant failed and refused to fully comply with its obligation to prepare, execute and file an accurate and complete EEO-1 report for 2021.

15.	As of the date of this action, Defendant never filed its required EEO-1 report for 2021.

16.	In 2022, Defendant had 100 or more employees.

17.	The Commission attempted to notify Defendant of its non-compliance and failure to file its required EEO-1 report for 2022.

18.	Defendant failed and refused to fully comply with its obligation to prepare, execute and file an accurate and complete EEO-1 report for 2022.

19.	As of the date of this action, Defendant never filed its required EEO-1 report for 2022.

20.	Defendant's failure and refusal to file said EEO-1 reports is in violation of Section 709(c) of Title VII, 42 U.S.C. § 2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§ 1602.7 – 1602.14.

**PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A.	Order that Defendant, without further delay, shall prepare, execute, and file accurate and complete EEO-1 reports as required by law for each prior calendar year for which they have failed to file requisite reports, including 2021 and 2022;

B.	Order that Defendant file accurate and complete EEO-1 reports as required by law for each calendar year in the future;

C.  Grant such further relief as the Court deems necessary and proper in the public interest; and

D.  Award the Commission its costs of this action.

DATED: May 28, 2024.

Respectfully submitted,

KARLA GILBRIDE
General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
131 M Street NE
Washington, DC 20507

Marsha Lynn Rucker (PA 90041)
Regional Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Birmingham District Office
Ridge Park, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205
205-651-7045
marsha.rucker@eeoc.gov