IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 4:24-cv-00680-SGC |
| EISSMANN AUTOMOTIVE NORTH AMERICA, INC., | ) ) ) ) | |
| Defendant. | ) | |

## CONSENT DECREE

### INTRODUCTION

This action was brought by the U.S. Equal Employment Opportunity Commission ("the EEOC") on May 28, 2024, against Eissmann Automotive North America, Inc. ("Defendant") under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000, *et seq.* ("Title VII"), for an order directing Defendant to prepare, execute, and file accurate and complete Employer Information Report EEO-1s ("EEO-1 reports") as required by Section 709(c) of Title VII, 42 U.S.C. § 2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§ 1602.7 – 1602.14. The EEOC alleges that Defendant did not fully comply with its obligation to file such EEO-1 reports in prior reporting years, including 2021 and 2022, in violation of said statute and regulations.

The EEOC and Defendant hereby agree to the entry of this Consent Decree ("Decree"), which shall fully and finally resolve all claims asserted by the EEOC in its Complaint in Civil Action No. 4:24-cv-00680-SGC. The Parties stipulate that this Court has jurisdiction over the

Parties, the subject matter of the action, and enforcement of the Decree. The Parties further stipulate that this Court has the authority to enter and to enforce the Decree and that the Decree is final and binding upon the Commission and upon Defendant and its agents, directors, officers, members, employees, successors, and assigns.

The Court has examined this Decree and finds that it is reasonable and just and in accordance with the Federal Rules of Civil Procedure and Title VII. The Court further finds that it has jurisdiction over the Parties and the subject matter of this action. Therefore, upon due consideration of the record herein,

**IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

GENERAL PROVISIONS

1. This Decree shall remain in effect for two (2) years from the date it is entered by this Court.

3. All time periods specified in this Decree shall be computed in accordance with Fed. R. Civ. P. 6(a)(1).

4. If one or more provisions of this Decree are adjudicated to be unlawful or unenforceable, the Parties shall engage in reasonable efforts to amend the Decree to preserve or effectuate, in a lawful manner, the purpose or intent of the conflicting provision. In any event, all other provisions of the Decree shall remain in full force and effect.

5. The Parties shall each bear their own attorneys' fees and costs incurred in connection with the action.

6. Prior to any sale, merger or transfer of Defendant's business or assets in whole or part, Defendant shall provide written notice to the potential purchaser or transferee, and to any other potential successor, of the existence of and allegations in this action and of the contents of

the Decree, along with a copy of the Complaint and this Decree. Within ten (10) days of providing the notice required under this provision to a potential successor, Defendant shall inform EEOC of the entity to which it was given and provide EEOC copies of the notice documents and communications.

7. When this Decree requires the submission of records, notices, reports or other documents or information to one or both Parties, such submission shall be deemed served on the date it is received. Unless otherwise specified by the receiving Party, service of documents and information shall be by certified or electronic mail:

    a. If to EEOC: Regional Attorney Marsha Rucker (marsha.rucker@eeoc.gov) or such other person as EEOC shall designate.

    b. If to Defendant: Emily Zalweski or such other person as Defendant shall designate.

8. This Decree resolves the claims asserted by the Commission in the Complaint in this action 4:24-cv-00680-SGC, through the date of entry of the Decree.

9. Upon approval and entry of the Decree, the Court shall dismiss the action with prejudice while retaining jurisdiction over the Decree and to resolve any claims or disputes concerning implementation, enforcement, or amendment of the Decree and to enter any order, judgment or agreement related to the same.

<u>EEO-1 REPORTING COMPLIANCE</u>

10. Defendant, within fourteen (14) days of receiving the instructions referenced in Paragraph 11 below, shall produce and file compliant EEO-1 Reports required by Section 709(c) of Title VII, 42 U.S.C. § 2000e-8(c), and the regulations issued thereunder, 29 C.F.R. §§ 1602.7 – 1602.14, separately for reporting years 2021, 2022, and 2023.

11. The EEOC shall provide Defendant with instructions for filing delinquent reports within two business days of the entry of this Decree. Defendant shall comply with those instructions.

13. During the term of this Decree, for any additional year in which Defendant is required to file an EEO-1 Report pursuant to 709(c) of Title VII, 42 U.S.C. § 2000e-8(c), and the regulations issued thereunder, 29 C.F.R. §§ 1602.7 – 1602.14, Defendant shall timely file its EEO-1 Report in each such year consistent with the deadlines, protocols, specifications and instructions contained in the EEO-1 Component 1 Data Collection Instruction Booklet and EEO-1 Component 1 Data File Upload Specifications for such respective year.

## EEO-1 REPORTING MONITOR

14. Within fourteen (14) days of the date on which this Decree is entered by the Court, Defendant shall appoint an EEO-1 Reporting Monitor (the "Monitor") and provide notice to EEOC of the name, title, and contact information of the person so designated. If the designated Monitor changes during the term of this Decree, Defendant shall provide EEOC notice as to the successor Monitor within seven (7) days of his/her assuming such responsibilities. Defendant shall ensure that the Monitor is familiar with EEO-1 reporting obligations under Title VII and has all resources necessary to ensure Defendant's compliance with its EEO-1 reporting obligations and with this Decree.

15. For each annual EEO-1 report submitted by Defendant pursuant to the requirements of Title VII and/or this Decree, the Monitor shall, within seven (7) days of Defendant's filing of such EEO-1 report, submit a certification to EEOC confirming:

    a. the date and manner by which the respective EEO-1 report was filed;

    b. whether Defendant filed as a single or multi-establishment employer;

c. the number and type of component reports filed (i.e., headquarters, consolidated, and/or establishment(s) reports);

d. that prior to filing the Monitor reviewed the EEO-1 report and applicable laws, regulations and EEOC Data Collection Instruction Booklets and Upload Specifications; and

e. the EEO-1 report, including all component parts, is accurate and complies with such requirements.

## DECREE COMPLIANCE MONITORING

16. During the term of the Decree, the EEOC is authorized to monitor compliance with the Decree, which may occur through inspection of Defendant's premises, attendance or observance of events required by the Decree, interviews with Defendant's employees or representatives, production and inspection of Defendant's records, and other investigatory techniques provided for under Title VII or the Commission's regulations. Further, Defendant shall, through the Monitor:

    a. respond within fourteen (14) days to EEOC informational requests concerning the status, content, or manner of preparation or filing of any EEO-1 reports subject to this Decree; and

    b. respond within fourteen (14) days to EEOC requests to verify compliance with the Decree and/or the information contained in any EEO-1 report. This includes making available to EEOC relevant records, data, or personnel, and providing EEOC access to its premises to verify the accuracy of Defendant's reported information and classification of employees.

## SIGNATURES AND ENTRY

For Plaintiff EEOC:

*[signature]*

Marsha Rucker
Regional Attorney
Equal Employment Opportunity Commission

For Defendant:

*[signature]*

Eissmann Automotive North America, Inc.

**DONE** this 28th day of October, 2024.

*[signature]*

STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE